George E. CROW, Appellant, v. OHIO CASUALTY INSURANCE COMPANY, Appellee.

J. E. (Bill) DECKER and George E. Crow, Appellants, v. John KLINGLER, Appellee.

Nos. 12855, 12936.

United States Court of Appeals
Fifth Circuit.

Jan. 6, 1950.

Rehearing Denied Feb. 3, 1950.

J. W. Hassell, Dallas, Tex., F. Neilson Rogers, Sherman, Tex., for appellants.

W. C. Gowan, Dallas, Tex., for appellees.

Before McCORD, and WALLER, Circuit Judges, and RICE, District Judge.

PER CURIAM.

These two appeals have been consolidated by the court upon motion of the parties, since they present substantially similar issues of law and fact.

From a careful consideration of the records in both cases, and of each and every specification of error relied upon by appellants, we conclude that no new or novel question is here presented, and that the judgments in both appeals should be affirmed upon authority of McDonald v. Mabee, 243 U.S. 90, 37 S.Ct. 343, 61 L.Ed. 608, L.R.A.1917F, 458, and Pennoyer v. Neff, 95 U.S. 714, 24 L.Ed. 565. See also, Simon v. Southern Ry. Co., 236 U.S. 115, 116, 35 S.Ct. 255, 59 L.Ed. 492.

Joseph C. BRIGHTBILL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10006.

United States Court of Appeals
Third Circuit.

Argued Dec. 5, 1949.

Decided Dec. 28, 1949.

Robert W. Greenfield, Philadelphia, Pa. (Romain C. Hassrick, Irwin S. Lasky, Philadelphia, Pa., on the brief), for appellant.

Virginia H. Adams, Washington, D. C. (Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Helen Goodner, Special Assistants to the Attorney General, on the brief), for appellee.

Before BIGGS, Chief Judge, and O'CONNELL[1] and KALODNER, Circuit Judges.

PER CURIAM.

The case at bar is ruled by the general principles enunciated in our decision in Cox v. Commissioner of Internal Revenue, 3 Cir., 176 F.2d 226. We can perceive no error in the decision of the Tax Court and accordingly its decision will be affirmed.

---

1. Judge O'Connell heard the argument and participated in the decision in this case but died before the opinion was filed.